IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DOREEN RUPERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>(1) CREDIT CONTROL, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>) Case No.: CIV-20-431-JD<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Doreen Rupert, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,



/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
4835 S. Peoria Ave., Suite 1
Tulsa, OK 74105
(918) 200-9272

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  No appearance for Defendant has been made in this matter.

/s/ Victor R. Wandres
Victor R. Wandres
Attorney for Plaintiff